**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,               Case No.    08-CR-20078-DT

vs.

GURPRIT SINGH BEDI,

      Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION
FOR REVOCATION OF DETENTION ORDER**

      A hearing was held was held on March 12, 2008 on defendant's Motion for Revocation of the Order of Detention entered by Magistrate Judge Mona Majzoub on February 4, 2008. Defendant, a citizen of India with a record of at least one prior U.S. felony conviction, seeks release on bond pending resolution of this case. For reasons stated on the record, the court has determined that the Defendant presents both a risk of flight and a danger to the community and that no conditions or combination of conditions would assure the court that he qualifies for release at this time. Accordingly,

    IT IS ORDERED that the defendant's Motion for Revocation of the Order of Detention filed on February 21, 2008 is **DENIED.**

                                         s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: March 20, 2008